

# NUMBER 13-11-00405-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ROBERT ZUNIGA,**                                                                         **Appellant,**

**v.**

**EDINBURG REGIONAL MEDICAL CENTER, ET AL.,**          **Appellees.**

### On Appeal from the 389th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on June 22, 2012. On July 3, 2012, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* Tex. R. App. P. 38.8(a), 42.3(b). Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed this
23rd day of August, 2012.